# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.

Crim. No. 7:18-CR-40-1D

RYAN ALEXANDER STEWART

On December 22, 2021, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake  
David W. Leake  
Supervising U.S. Probation Officer

/s/ Orlando M. Roberts  
Orlando M. Roberts  
U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 252-508-3055  
Executed On: August 14, 2025

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __15__ day of __August__, 2025.

James C. Dever III  
U.S. District Judge